IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL WILSON,       ) | |
| ) | |
| Petitioner,    ) | |
| ) | CIVIL ACTION NO. |
| v.        ) | 3:04cv1149-MHT |
| ) | (WO) |
| J.C. GILES, Warden,    ) | |
| et al.,         ) | |
| ) | |
| Respondents.    ) | |

OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge  that the habeas-corpus request be denied as time-barred.    Also  before  the  court  are  petitioner's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that  the  objections  should  be  overruled  and  the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE